IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN MCCONNELL, on behalf of himself, and all others similarly situated, and the general public,

    Plaintiff,

  v.

RED ROBIN INTERNATIONAL, INC., a Colorado corporation,

    Defendant.

No. C 11-03026 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court acknowledges plaintiff's letter of February 16, 2012, regarding a discovery dispute with defendant and hereby **SETS** a meet-and-confer in the Court's jury room starting from **11:30 A.M. AND CONTINUING THROUGH TO 3:00 P.M.** (with thirty minutes off at 12:30 for lunch) on **FRIDAY, FEBRUARY 24, 2012**, in the Court's jury room on the nineteenth floor of the federal courthouse. At 3:00 p.m., the Court shall hold a hearing to resolve any outstanding issue(s). Defendant's response is due by **NOON ON WEDNESDAY, FEBRUARY 22**.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing. Please ring chambers to be let into the jury room at 11:00 a.m. on February 24.

**IT IS SO ORDERED.**

Dated: February 16, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE