**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN MCCONNELL,

    Plaintiff,

  v.

RED ROBIN INTERNATIONAL, INC, a Colorado Corporation,

    Defendant.
_____/

No. C 11-03026 WHA

**ORDER REGARDING DEFENDANT'S RESPONSE TO LETTER BRIEF**

The Court is in receipt of defendant Red Robin International, Inc.'s response to plaintiff Kevin McConnell's letter brief regarding a discovery dispute. Defendant shall resubmit a response letter that is no longer than three pages in length (*See* Dkt. No. 11). Defendant's ten-page brief will not be considered. Please refile by **9 A.M. ON FEBRUARY 23, 2012**.

**IT IS SO ORDERED.**

Dated: February 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE