IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MCCONNELL, on behalf of himself and all others similarly situated, and the general public,<br><br>    Plaintiff,<br><br>  v.<br><br>RED ROBIN INTERNATIONAL, INC.,<br><br>    Defendant.<br>_____/ | No. C 11-03026 WHA<br><br>**ORDER SCHEDULING EVIDENTIARY HEARING** |

An evidentiary hearing will be held on **MARCH 7, 2012, AT 1:15 P.M.** The purpose of the hearing is to determine whether plaintiff Kevin McConnell has been contacting putative class members and requesting they perjure themselves. This issue came to light as a result of defense counsel's submission in response to plaintiff's discovery dispute letter.

Plaintiff McConnell shall appear at the hearing and testify. He must bring all materials, electronic or otherwise, including e-mails, Facebook messages, and any other communications he has had with putative class members in this action.

Taylar Oertwig, plaintiff's former co-worker shall also be present and testify at the hearing. Defense counsel shall be responsible for securing her presence and obtain a subpoena, if

necessary. Ms. Oertwig must bring all materials, electronic or otherwise, including e-mails, Facebook messages, and any other communications she has had with plaintiff, relating to this action.

**IT IS SO ORDERED.**

Dated: February 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE