IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN MCCONNELL, on behalf of himself, and all others similarly situated, and the general public,

    Plaintiff,

  v.

RED ROBIN INTERNATIONAL, INC., a Colorado Corporation,

    Defendant.

No. C 11-03026 WHA

**ORDER REGARDING EVIDENTIARY HEARING**

Both sides should be prepared to do the direct and cross-examination of the witnesses at today's evidentiary hearing at 1:15 p.m.

**IT IS SO ORDERED.**

Dated: March 7, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE