IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MCCONNELL, on behalf of himself and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC.,<br><br>Defendant. | No. C 11-03026 WHA<br><br>**ORDER REGARDING MOTION TO DETERMINE ADEQUACY OF CLASS REPRESENTATIVE** |

Defense counsel has submitted a request for clarification to determine if defendant is obligated to bring a motion to determine the adequacy of plaintiff Kevin McConnell as a class representative by March 15, 2012, and if failure to do so by said date will operate as a waiver of defendant's right to assert lack of adequacy as a defense at the class certification stage.

Counsel must either bring a motion to determine the adequacy of Mr. Connell as a class representative by March 15, or turn over the discovery that was the subject of plaintiff's discovery dispute letter filed February 16, 2012. Should defense counsel not file a motion to determine the adequacy of Mr. McConnell as a class representative by March 15, this will not preclude defendant from raising the issue in the class certification briefing.

**IT IS SO ORDERED.**

Dated: March 13, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE