1  SEYFARTH SHAW LLP
   William J. Dritsas (SBN 097523) wdritsas@seyfarth.com
2  Catherine M. Dacre (SBN 141988) cdacre@seyfarth.com
   Robb D. McFadden (SBN 258569) rmcfadden@seyfarth.com
3  Ari Hersher (SBN 260321) ahersher@seyfarth.com
   560 Mission Street, 31st Floor
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Defendant
   RED ROBIN INTERNATIONAL, INC.
7

   HOFFMAN EMPLOYMENT LAWYERS, LLP
8  Michael Hoffman (SBN 154481) mhoffman@employment-lawyers.com
   Leonard Emma (SBN 224483) lemma@sfemployment-lawyers.com
9  333 Bush St., Suite 2250
   San Francisco, California 94104
10 Telephone: (415) 362-1111
   Facsimile: (415) 362-1112
11
   Attorneys for Plaintiffs
12 KEVIN McCONNELL and BRITTNEY CALVERT

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16 KEVIN MCCONNELL, on behalf of himself,    ) Case No. CV-11-3026 WHA
   and all others similarly situated, and the general )
17 public,                                    ) **STIPULATION FOR VOLUNTARY**
                                              ) **DISMISSAL OF CLASS ALLEGATIONS**
18                Plaintiff,                  ) **PURSUANT TO RULE 41(a)(1)(A)(ii)**
                                              )
19        v.                                  ) Hon. William H. Alsup
                                              )
20 RED ROBIN INTERNATIONAL, INC., a           )
   Colorado Corporation,                      )
21                                            )
                  Defendant.                  )
22                                            )
                                              )
23                                            )

28                                    1
   STIPULATION FOR VOLUNTARY DISMISSAL OF CLASS ALLEGATIONS PURSUANT TO RULE 41(a)(1)(A)(ii)
   14458283v.1

1    PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs BRITTNEY CALVERT and KEVIN McCONNELL (collectively "Plaintiffs") and Defendant RED ROBIN INTERNATIONAL, INC. (collectively the "Parties"), by and through their counsel of record, hereby stipulate to the dismissal of class allegations the above-captioned action.

6    IT IS FURTHER STIPULATED AND AGREED that dismissal of class allegations in this action will not affect the rights of the Plaintiff KEVIN McCONNELL in pending Northern District of California Case CV-11-3794 WHA.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: July 11, 2012    SEYFARTH SHAW LLP

By   s/ Catherine Dacre
Catherine Dacre
Attorneys for Defendant
RED ROBIN INTERNATIONAL, INC.

HOFFMAN EMPLOYMENT LAWYERS, LLP

DATED: July 11, 2012

By   s/ Michael Hoffman
Michael Hoffman
Attorneys for Plaintiffs
BRITTNEY CALVERT and KEVIN McCONNELL